FILED'08 MAY 02 10:41USDC-ORP

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF OREGON

| | |
|---|---|
| WENDY CARTER,<br><br>  Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE<br>Commissioner of Social Security,<br><br>  Defendant. | Civil No. 3:03-CV-1078-HA<br><br><br><br>JUDGMENT |

IT IS ORDERED AND ADJUDGED that this case is REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings in accordance with this Court's Order.

Judgment is entered for Plaintiff and this case is closed.

DATED this __1__ day of __May__ 2008.

_____
UNITED STATES DISTRICT JUDGE